INFORMATION RE PRIOR DRUG OFFENSES - 21 U.S.C. § 851

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION FILED |
| | : | UNDER SECTION 851 OF |
| v. | : | TITLE 21, U.S.C., RELATING |
| | : | TO SECOND SUPERSEDING |
| KEITH MARTIN THOMPSON | : | INDICTMENT 11-36-01 |
| | : | FILED FEBRUARY 15, 2011 |

### AMENDED INFORMATION CHARGING PRIOR OFFENSES

Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, hereby accuses this defendant, who was charged on February 15, 2011, in the Eastern District of Pennsylvania, with conspiracy to distribute 280 grams or more of cocaine base ("crack") and five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 846, of having previously been convicted as described below:

1.   On or about April 4, 2000, in the Court of Common Pleas of Lehigh County, Pennsylvania, defendant Keith Martin Thompson, was sentenced to 24 to 48 months imprisonment following his conviction for a felony controlled substance violation on Common Pleas Docket No. CR-0002623-1999, arising from an offense date of June 26, 1999, and an arrest by the

Pennsylvania State Police for violation of 35 Pa.C.S.A. § 780-113(30), a felony under the laws of the Commonwealth of Pennsylvania.

*signature*
ZANE DAVID MEMEGER
United States Attorney

Filed:   April 6, 2012