Clark Kunz,                    7-28-20

## 11 cr 36-1

I am writing to seek information and gain clarity.

I put a Compassionate Release motion (pursuant to 18 U.S.C 3582(c)(1)(A)(i)) in the prison mailbox 7-1-20,

(1) one Copy addressed to Honorable Judge: Gerald A. McHugh



(1) one Copy addressed to the United States Attorney office in philadelphia

The Last time I asked my fiancé to check to see if my motion was docketed on friday July 24th, 2020.
She said that it had not been.
I am writing to see if my motion was ever received, filed and Docketed?
I have not received any correspondence informing me of such. But..... I do know that since our institutions first confirmed positive Covid-19 case and the spread there after.
Inmates have had their Legal mail (Court responses, Attorney correspondence, Deadline notifications and such) rejected and sent back without notification.

Could you please write me back in accordance with the BOP's Legal mail requirements.
Which enables me to have to sign for my Legal mail, ensuring that I receive it.

I know of six, seven inmates of/in the same situation going to court for 2241's, 2255's and 3582's on my Cellblock that have had correspondence rejected without notification only to find out through Lawyers or family members after the fact.

I do not want to miss a deadline, notification or any correspondence concerning my motion. I also want to make sure that my mail is getting to the court.
Thank you for your time and Reply in advance.

    Respectfully,
      Keith M. Thompson

P.S.
I also filed a supplemental brief with exhibits to go with my motion Last Week. Could you let me know if that was received. Or of any activity concerning my motion.

Keith Thompson #66956-066
Federal Correctional Institution - Loretto
P.O. Box 1000
Cressen, PA 16630

U.S.N.S.
X-RAY

*Legal mail -
 A Linus Service requested

Michael E. Kunz
Clerk of Court/Clerk's office
U.S. District Court (EDPA)
601 Market St.
2609 U.S. Courthouse
Philadelphia, PA 19106

*Legal mail -
 A Linus Service requested