IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 11-36-1 |
| | : | |
| **KEITH THOMPSON** | : | |

### ORDER

This 19th day of April, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Keith Thompson's Motion for Reconsideration, ECF 538, is **DENIED.**

    /s/ Gerald Austin McHugh
United States District Judge