# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1696

USA v. K.M.T.

(U.S. District Court No.: 5-11-cr-00036-001)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 15, 2022
CJG/cc:     Mark S. Miller, Esq.
            K. M. T.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate